# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00523-CV

**Georgeine Mike Korompay, Appellant**

**v.**

**Deutsche Bank National Trust Company as Trustee for Carrington Mortgage Loan Trust Series 2005-NC3 Asset Backed Pass Through Certificates, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-14-003847, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Georgeine Mike Korompay has filed an unopposed motion to dismiss the appeal, stating that the parties have reached a settlement agreement and she no longer wishes to pursue the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on Appellant's Motion

Filed:   April 28, 2015